No. 5570.—Angleró, apldo., v. Municipio de Fajardo, aplte.—C. D. San Juan. Noviembre 20, 1931.

(Por la corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, la parte apelada solicita la desestimación de este recurso porque no hay base en los autos para re-

solverlo y porque la parte apelante ha dilatado su trami-
tación en forma indebida, solicitud que fué impugnada por
la parte apelante; y

Por cuanto, examinado el alegato del apelante y la trans-
cripción de los autos archivada se concluye que la trans-
cripción es suficiente para estudiar y resolver el único error
señalado, a saber: que el memorándum de costas de que
se trata se radicó fuera de término; y

Por cuanto, no resulta de los autos la alegada falta de
diligencia en la tramitación del recurso, sin que sea apli-
cable la regla 53 del Reglamento de este tribunal porque nin-
guna de las prórrogas solicitadas y concedidas excede de
treinta días;

Por tanto, no ha lugar a la desestimación solicitada.

Los siguientes casos fueron también desestimados por el
fundamento expresado en el inciso (c) supra:

Nos. 5593, 5637, 5634, 5556, 5669, 5502, 5276, 5574, 5140,
5470, 5397, 5380, 5585, 5584, 5265, 5322, 5673, 5652, 5683,
5594, 5688, 5693, 5674, 5699, 5723, 5722, 5726, 5712, 5727,
5664, 5131, 5743, 5749, 5750, 5760, 5765, 5775, 5797, 5803,
5809, 5739, 5799, 5823, 5841, 5758, 5838, 5857, 5735, 5854,
5862, 5752, 5874, 5879, 5876, 5875, 5887, 5898.